UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ALLEN SCHWARTZ, as Attorney in Fact for Marilyn Flora, | CIV 17-4034 |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| MUTUAL OF OMAHA INSURANCE COMPANY, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Joint Motion for Dismissal, Doc. 17, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and causes of action are hereby dismissed on the merits, with prejudice, each party to bear his or its own costs and fees.

Dated this 14th day of March, 2018.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

BY: _Summer Wahyfint_
DEPUTY